UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALVARO OROSCO,<br><br>         Plaintiff,<br><br>v.<br><br>ROTAN HOLDINGS, LLC,<br><br>         Defendant. | Case No. 2:23-cv-06632-SB-BFM<br><br><br>ORDER DISMISSING FOR LACK OF PROSECUTION |

On November 14, 2023, the clerk entered default against Defendant Rotan Holdings, LLC.  Dkt. No. 15.  The following day, the Court ordered Plaintiff Alvaro Orosco to file a motion for default judgment by November 22, 2023, or, in the alternative, to file a status report explaining why the motion should not be filed.  Dkt. No. 16.  The Court warned Plaintiff that failure to do so "may result in dismissal for failure to prosecute."  *Id*.  November 22 has long passed, and Plaintiff has filed neither a motion for default judgment nor a status report explaining why the motion should not be filed.  Accordingly, this action is DISMISSED without prejudice for lack of prosecution.

A final judgment will be entered separately.

IT IS SO ORDERED.

Date: November 28, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1