JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>    Plaintiff,<br><br>v.<br><br>ROTAN HOLDINGS, LLC,<br><br>    Defendant. | Case No. 2:23-cv-06632-SB-BFM<br><br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, it is ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED without prejudice for lack of prosecution.

    This is a final judgment.

Date: November 28, 2023

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge